UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No. CV 21-01366 AB (PLAx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| EGN, INC., a California Corporation, | |
| Defendant. | |

THE COURT has been advised that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 19, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE